[No. 29707-4-I. Division One. July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM R. CHAMPLIN, *Defendant*, HOWARD K. TODD, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-00156-6, James H. Allendoerfer, J., entered November 6, 1991. *Reversed* by unpublished opinion per Pekelis, A.C.J., concurred in by Baker and Scholfield, JJ.

[No. 30188-8-I. Division One. July 19, 1993.]

VERN CHARLES THOMPSON, *Respondent*, v. ROBERT L. SMITH, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 87-2-00271-3, Donald D. Haley, J., entered November 27, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Pekelis, A.C.J., concurred in by Coleman and Agid, JJ.

[No. 29971-9-I. Division One. July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID NARVAEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 87-1-01333-7, James H. Allendoerfer, J., entered January 9, 1992. *Reversed* by unpublished per curiam opinion.

[No. 29511-0-I. Division One. July 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAU SANTOS EPAMYNONDAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04316-3, Mary Wicks Brucker, J., entered November 18, 1991. *Affirmed* by unpublished per curiam opinion.